# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: JURCZESKI, LINDA L.       § Case No. 13-40211-BWB
       JURCZESKI, MARK J.        §
                                 §
Debtor(s)                        §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 07/24/2015 in Courtroom          , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/15/2015        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: JURCZESKI, LINDA L. § Case No. 13-40211-BWB
JURCZESKI, MARK J. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,000.00 |
| *and approved disbursements of* | $ 140.42 |
| *leaving a balance on hand of* [1] | $ 6,859.58 |
| **Balance on hand:** | $ 6,859.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,859.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,450.00 | 0.00 | 1,450.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,450.00 |
| Remaining balance: | $ 5,409.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 5,409.58 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 5,409.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,751.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,055.92 | 0.00 | 852.92 |
| 2 | Citibank, N.A. | 17,949.69 | 0.00 | 2,169.74 |
| 3 | Capital Recovery V, LLC | 1,822.89 | 0.00 | 220.35 |
| 4 | Portfolio Recovery Associates, LLC | 16,076.91 | 0.00 | 1,943.36 |
| 5 | Capital One, N.A. | 1,846.55 | 0.00 | 223.21 |

| | Total to be paid for timely general unsecured claims: | $ | 5,409.58 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:   $         0.00

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Linda L. Jurczeski
Mark J. Jurczeski
    Debtors

Case No. 13-40211-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mrahmoun     Page 1 of 2     Date Rcvd: Jun 16, 2015
                    Form ID: pdf006     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2015.
```
db           +Linda L. Jurczeski,    7711 Briarcliff Drive,    Plainfield, IL 60586-2800
jdb           Mark J. Jurczeski,    J.711 Briarcliff Drive,    Plainfield, IL 60586
21101583     +Advanced Radiology Consultants,    520 E. 22nd St.,    Lombard, IL 60148-6110
21101584     +Advocate Lutheran General Hospital,    1775 Dempster Street,    Park Ridge, IL 60068-1174
21101586    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attention: Recovery Department,
                4161 Peidmont Pkwy.,    Greensboro, NC 27410)
21101591    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195)
21101589     +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
23131124      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21101590     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
23079145     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
21101593     +Deutsche Bank,    c/o Kropik, Papuga & Shaw,    120 S. LaSalle St., Ste. 1327,
                Chicago, IL 60603-3582
21101594      Deutsche Bank National Trust Co.,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
21101597     +ICS Collection Service, Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
21101599     +Lane Bryant Retail/soa,    450 Winks Ln,    Bensalem, PA 19020-5932
21101601     +Midwest Diagnostic Pathology, SC,    75 Remittance Dr. Ste 3070,    Chicago, IL 60675-3070
23117483    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    successor to,
                CAPITAL ONE, NATIONAL ASSOCIATION,    (CAPITAL ONE, N.A.),    POB 41067,    Norfolk VA 23541)
21101602      Park Ridge Anesthesiology,    PO Box 1123,    Jackson, MI 49204-1123
21101603     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
21101604     +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21101585     +E-mail/Text: ally@ebn.phinsolutions.com Jun 17 2015 01:19:40     Ally Financial,
                PO Box 380901,    Bloomington, MN 55438-0901
23110938      E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2015 01:17:08      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22808392      E-mail/PDF: mrdiscen@discover.com Jun 17 2015 01:25:11      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
21101595     +E-mail/PDF: mrdiscen@discover.com Jun 17 2015 01:25:11      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
21101596     +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2015 01:16:55      GECRB/ Old Navy,
                Attention: GEMB,    Po Box 103104,    Roswell, GA 30076-9104
21101598     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 17 2015 01:19:51     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21101600      Fax: 847-227-2151 Jun 17 2015 02:16:33      Midwest Diagnostic Pathology Associ,
                c/o Medical Recovery Specialists,    2250 E Devon Ave, Ste 352,    Des Plaines, IL 60018-4519
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21101587*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
21101588*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bankamerica,    Mc: Nc4-105-03-14,    4161 Piedmont Pkwy.,
                Greensboro, NC 27420)
21101592*   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    PO Box 20507,    Kansas City, MO 64195)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2015                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mrahmoun             Page 2 of 2              Date Rcvd: Jun 16, 2015
                              Form ID: pdf006            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2015 at the address(es) listed below:
              David M Siegel     on behalf of Joint Debtor Mark J. Jurczeski davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              David M Siegel     on behalf of Debtor Linda L. Jurczeski davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan     tsullivan@wfactorlaw.com,   IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
                                                                                           TOTAL: 4
```